UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
-------------------------------------------------x
LAURA GONZALES,                    :
an individual,                     :   CIVIL ACTION
                                   :
          Plaintiff,               :   CASE NO.: 1:18-cv-03693
                                   :
vs.                                :   Judge: Hon. Manish S. Shah
                                   :
                                   :
                                   :
SUPER MERCADO TORRES, INC.         :
          Defendant.               :
-------------------------------------------------x
```

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) Plaintiff and Defendant jointly stipulate to dismissal of this case, and all parties, and all claims asserted therein **without prejudice**, and the parties shall bear their own costs and expenses incurred in this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Garret S. DeReus* | */s/ Matthew J. Sheahin* |
| Garret S. DeReus (LA # 35105) | **LAVELLE LAW, LTD** |
| **BIZER & DEREUS LLC** | Matther J. Sheahin (ARDC# 6243872) |
| 3319 St. Claude Ave. | Jennifer B. Tee (ARDC# 6292487) |
| New Orleans, LA 70117 | Lance C. Ziebell (ARDC# 6298037) |
| 504-619-9999 | 141 W. Jackson Blvd., Ste. 2800 |
| 504-948-9996 (Fax) | Chicago, IL 60604 |
| gdereus@bizerlaw.com | 312-888-4111 |
| | 312-658-1430 (Fax) |
| **CHARLES E. MCELVENNY** | msheahin@lavellelaw.com |
| *Designated Local Counsel / Trial Bar Atty.* | jtee@lavellelaw.com |
| Charles McElvenny (IL # 6281350) | lziebell@lavellelaw.com |
| 53 W. Jackson Blvd. | |
| Suite 401 | **Attorneys for Defendant Super Mercado Torres, Inc.** |
| Chicago, IL 60604 | |
| 312-291-8330(o) | |
| charlie@cemlawfirm.com | |

**Attorneys for Plaintiff Laura Gonzales**

**CERTIFICATE OF SERVICE**

      I hereby certify that on 30th day of August, 2018 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                      */s/ Garret S. DeReus*
                      GARRET S. DEREUS