# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Laura Gonzales

                      Plaintiff,

v.                                        Case No.: 1:18–cv–03693
                                                     Honorable Manish S. Shah

Super Mercado Torres, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 3, 2018:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation of dismissal [19], this case is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. No appearance on 9/7/18 is necessary. Civil case terminated. Notices mailed.(psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.